# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL JAMES BOWLES,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINA; LT. DAVID PHELPS; SGT. SCHAFFER; DET. GARY ESMOND; DEP. GADOY; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:14-cv-00841-ODW(SHx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 21), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than December 20, 2014**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

November 20, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**